Nothing contained herein shall alter the rights of the trustee to the statutory commission payble from the filing fee.

Entered on Docket
December 20, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LAW OFFICES OF RANDOLPH H. GOLDBERG
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89119
(702) 735-1500
Attorney for Debtor
Nevada State Bar no. 5970

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                  )    BANKRUPTCY NUMBER:
ROSLYN SAMSPSON                         )    BK-S-10-29617-LBR
                                        )    CHAPTER 7
                                        )
                                        )
            Debtor(s).                  )    Date: 12/15/2010
                                        )    Time: 9:30 am

### ORDER RE: MOTION AND ORDER TO VOLUNTARILY DISMISS DEBTOR, ROSLYN SAMPSON, FROM CHAPTER 7 CASE

This matter having come on for hearing this __15th__ day of DECEMBER, 2010, RANDOLPH H. GOLDBERG, ESQ., on behalf of the Debtor, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT the Order for relief under Chapter 7 of the

-5-

1  Bankruptcy Case be dismissed.

2

3  $\_\_0\_\_  IT IS FURTHER ORDERED that the Chapter 7 Trustee receive the sum of
       as and for services rendered in the Chapter 7 proceeding.

4

5  DATED this \_\_10TH\_\_ day of \_\_December, 2010\_\_.

6

7  Submitted by:

8  THE LAW OFFICES OF
   RANDOLPH H. GOLDBERG
9

10

11  By_____
12  RANDOLPH H. GOLDBERG, ESQ.
    4000 S. Eastern, Suite 200
13  Las Vegas, Nevada 89119
    Attorney for Debtor
14

-6-

1

2  **LR 9021. ENTRY OF JUDGEMENTS AND ORDERS**

3    Pursuant to LR 1001©, the judges of the District of Nevada hereby adopt this administrative order and amend the following local rules:

4

5    LR 9014 (g) is hereby amended to read as follows:

6    g) <u>Compliance with LR 9021</u>. In chapter 7 and 13 cases, LR 9021(b)(1) is waived if a proposed order is served with the motion and the motion is granted. The proposed order must be attached as an exhibit and may not be separately filed or submitted for the judge's signature prior to the hearing. If the proposed order is not served with the motion, or if the order has been modified by the court or otherwise, the LR 9021 (b)(1) is applicable.

7

8

9

10    LR 9021© is hereby amended to read as follows:

11    1) Documents listed in subsection (a) above must be submitted to the court with the following certification from the submitting counsel:

12

13    In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

14

15    ____ The court has waived the requirements set forth in LR 9021 (b)(1).

16

17    ____ No party appeared at the hearing or filed an objection to the motion.

18    ____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

19

20

21

22

23    JOSEPH ATKINS
24    5030 PARADISE RD #B.213
     LAS VEGAS, NV 89148
25              ____ **APPROVED**

26              ____ **DISAPPROVED**

27              ____ **FAILED TO RESPOND**

```
 1
 2         √   I certify that this is a case under Chapter 7 or 13,
               that I have served a copy of this order with motion
 3             pursuant to LR 9014(g), and that no party has objected
               to the form or content of the order.
 4
        2) No language other than "approved" or "disapproved" may appear
 5         above opposing counsel's signature; and

 6      3) Unless the court orders otherwise, "opposing counsel" means any
           attorney who appeared at the hearing regarding the matter that
 7         is the subject of the order or who filed objections.

 8      4) Variation from the certification language indicated in
           paragraph (c)(1) may be cause for returning the draft order
 9         unsigned by the court.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```